NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELIA WINSETT,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS**,
*Respondent-Appellee.*

---

2013-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2664, Judge Alan G. Lance Sr.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Shelia Winsett moves to compel the Secretary of Veterans Affairs ("Secretary") "to produce records for discovery." The Secretary opposes.

To the extent that Winsett is arguing the merits of the decision of the United States Court of Appeals for Veterans Claims denying her October 17, 2012 "Motion to

2                                              WINSETT v. SHINSEKI

Supplement Petition," those arguments belong in her brief and not in a motion.

Accordingly,

IT IS ORDERED THAT:

The motion to compel is denied.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25